**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Darryle Patrow,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CVS Health Corporation, et al.,<br><br>　　　　　　Defendant. | No.  CV-21-01091-PHX-SPL<br><br>**ORDER** |

On January 20, 2022, the Court ordered Plaintiff to show cause no later than January 27, 2022 why eight Defendants in this case should not be dismissed for failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure; no proof of service had been filed, and the time to do so had passed. (Doc. 29). Shortly before midnight on January 27, 2022, Plaintiff filed Proof of Service as to four of the Defendants. (Docs. 30–33). Shortly after midnight, on January 28, 2022, Plaintiff purportedly filed Proof of Service as to Defendants German Dobson CVS LLC, Danfoss Scroll Technologies LLC, and Danfoss LLC. (Docs. 34–36). On January 31, 2022, however, the Clerk of Court notified Plaintiff that the latter three Proofs of Service were in fact blank documents. To date, Plaintiff has not refiled those Proofs of Service. Moreover, Plaintiff has not attempted to file any proof of service of Defendant Emerson Climate Technologies Incorporated.

///

///

**IT IS THEREFORE ORDERED** that no later than **close of business on February 4, 2022**, Plaintiff must file proof of service as to Defendants German Dobson CVS LLC, Danfoss Scroll Technologies LLC, and Danfoss LLC. If Plaintiff fails to do so, those Defendants will be dismissed from this action.

**IT IS FURTHER ORDERED** that Defendant Emerson Climate Technologies Incorporated is **dismissed without prejudice** and the Clerk of Court shall **terminate** Emerson Climate Technologies Incorporated as a party in this action.

Dated this 3rd day of February, 2022.

Honorable Steven P. Logan
United States District Judge